In re FERRIS. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) In the matter of Anna W. Ferris, an incompetent person. No opinion. Motion for leave to appeal to the Court of Appeals granted; questions to be settled before WOODWARD, J.

FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant, v. STEVENS, Respondent. (Supreme Court, Appellate Division, Third Department. September 9, 1903.) Application of the Fidelity and Deposit Company of Maryland for leave to commence an action against George H. Stevens, as committee of the person and estate of Nancy C. Warner, an incompetent. No opinion. Order affirmed, with $10 costs and disbursements.

FINN, Respondent, v. PRUDENTIAL LIFE INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Mary Finn against the Prudential Life Insurance Company of America.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BARTLETT, J., dissents.

FINNICAN, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Katherine Finnican, as administratrix, etc., against the Prudential Insurance Company of America.

PER CURIAM. Order reversed, without costs.

McLENNAN, WILLIAMS, and NASH, JJ., vote for reversal, upon the ground that it was improper to dispose of the question of pleading involved upon a motion to strike the cause from the calendar, and that the question whether it was necessary for plaintiff to serve a supplemental complaint should have been disposed of upon the trial of the action.

SPRING and HISCOCK, JJ., vote for reversal, with costs, upon the ground that under the circumstances of this case it was not necessary for the plaintiff to serve a supplemental complaint.

FOX v. HOPKINS. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Morris Fox against Warren Dix Hopkins. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion to amend decision denied.

FOX et al., Respondents, v. RANGATORS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Jacob Fox and William Fox against Samuel Rangators.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted,

with $10 costs. *Held,* that the papers were insufficient to authorize the granting of the order of arrest.

McLENNAN and SPRING, JJ., dissent.

FRANCIS H. LEGGETT & CO., Respondent, v. LANDWEHR, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Francis H. Leggett & Co. against George Landwehr. No opinion. Judgment of the Municipal Court reversed, with costs, and the complaint dismissed, on the authority of J. H. Mohlman Company v. Landwehr (decided herewith) 83 N. N. Supp. 1073.

In re FRIEDMAN. (Supreme Court, Appellate Division, First Department. July 7, 1903.) In the matter of Therese Friedman. No opinion. Motion denied, on payment of $10 costs, for the purpose of allowing appellant to apply to be relieved from default in service of undertaking.

GALLO, Appellant, v. MARRONE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Vito Gallo against Vincenzo Marrone and Rocco Lofaro. No opinion. Judgment and order affirmed, with costs.

GENERAL ELECTRIC CO., Respondent, v. NATIONAL CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by the General Electric Company against the National Contracting Company. No opinion. Judgment unanimously affirmed, with costs.

GILLEN, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by John F. Gillen against George H. Walker, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLDBERG, Respondent, v. JACOCKS et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Ellis Goldberg against Joseph F. Jacocks and others. A. G. Todd, for appellants. C. F. Goddard, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

O'BRIEN, J., dissents.

GOLDSTEIN v. FRISHBERG et al. SAME v. SCHULMAN et al. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Actions by Charles Goldstein against David Frishberg and others and against Hyman M. Schulman and others. No opinion. Motions granted, without costs.

GRASSMANN, Respondent, v. MOHL, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Christian C. W. Grassmann against John Mohl. No opinion. Judgment of the Municipal Court affirmed, with costs.